**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 1:10-mj-033 |
| Vincent Kills Plenty, Jr., | ) | |
| | ) | Charging District's Case No: CR 10-30040 |
| Defendant. | ) | |

_____

On May 28, 2010, the court convened a detention hearing after which it freed defendant pursuant to its order setting conditions of release.  Defendant must appear in the District of South on June 10, 2010, at 1:15 p.m. at the United States Courthouse in Pierre, South Dakota, before Magistrate Judge Mark A. Moreno. Defendant should report to the Probation Office at 10:00 that same day.

**IT IS SO ORDERED.**

Dated this 1st day of June, 2010.

/s/  Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge